IRVING TRUST COMPANY, as Trustee in Bankruptcy of BARCLAY-ARROW HOLDING CORPORATION, Respondent, v. MANUFACTURERS TRUST COMPANY, Individually and as Trustee, etc., and Others, Defendants, Impleaded with MOSES H. GROSSMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J , O'Malley, Townley, Glennon and Untermyer, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of BARCLAY-ARROW HOLDING CORPORATION, Respondent, v. MANUFACTURERS TRUST COMPANY, Individually and as Trustee, etc., and Others, Defendants, Impleaded with MOSES H. GROSSMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ULISES AUGUSTO LANDRAU, as Administrator, etc., of JOSE LANDRAU, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK and MUTUAL LIFE INSURANCE SOCIETY OF NEW YORK, Respondents.— Order, so far as appealed from, unanimously modified by further granting items 9, 10, 11, 13, 14, 15, 16, 17, 18 and 20 of the notice of motion, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VIVIAN LASSER and SAMUEL LASSER, Respondents, v. ALLSTATE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERNARD ARONSON and DORA ARONSON, Copartners, etc., Respondents, v. JOHN KORMENDI, Individually, Doing Business under the Firm Name and Style of J. KORMENDI & Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within twenty days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JULIAN H. SAYPOL, as Receiver of ISAAC FENSTER, Appellant, v. FLORENCE HAAS and Others, Defendants, Impleaded with SUPREME FLOUR CORPORATION and GEORGE R. FENSTER, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CLARENCE H. SCHIMPF, Doing Business as CROKER-EVANS SERVICE, Respondent, v. R. H. MACY & Co., INC., Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. Without otherwise passing on the merits of the defenses, they may not be stricken out as frivolous. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [166 Misc. 654.]

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. HENRY K. BURNS and Others, Appellants, v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, and Others, Respondents. In the Matter of the Liquidation of NATIONAL SURETY COMPANY. HENRY K. BURNS and Others, Appellants, v. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, and Others, Respondents. In the Matter of the Liquidation of NATIONAL SURETY COMPANY.

Irene Milinkovitch, a Creditor, Appellant, v. Superintendent of Insurance of the State of New York, as Liquidator of National Surety Company, and Others, Respondents. — Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Charles F. Sergeant for an Order against Paul J. Kern, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Henry London Corporation and Another v. Cushman's Sons, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Moody's Investors Service for a Certiorari Order against Frank J. Taylor, Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Childs Company v. The Chase National Bank of the City of New York, as Successor Trustee under Trust Deed Dated December 21, 1910, between George C. Boldt and Lincoln Trust Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Foreign & Domestic Music Corporation and Another v. Societa Anonima Musicale Bixio and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Society Milion Athena, Inc., and Others v. National Bank of Greece, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Nicholas J. Cassavetes v. Pharos Agency, Inc., and Others, Impleaded with National Bank of Greece.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Thomas Geogas, Also Known as Thomas Zogas, and Mary Geogas, Also Known as Mary Th. Zogas, v. National Bank of Greece, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Celia Sobel v. Alexander Sobel.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Ann Hamilton v. William H. Hamilton.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of the People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New